# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-cv-03103-MHC
## Smith v. Piedmont Healthcare, Inc. et al
## Honorable Gerrilyn G. Brill

Minute Sheet for proceedings held In Open Court  on 04/29/2015.

TIME COURT COMMENCED: 9:43 A.M.
TIME COURT CONCLUDED: 12:00 P.M.     TAPE NUMBER: FTR
TIME IN COURT: 2:12                  DEPUTY CLERK: Denise Moeggenberg
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Nomusa P. Smith appearing Pro Se |
| | Seslee Smith representing Piedmont Business Office and Piedmont Healthcare, Inc. |
| PROCEEDING CATEGORY: | Settlement Conference |
| MINUTE TEXT: | Case settled. |
| HEARING STATUS: | Hearing Concluded |